FILED
CLERK, U.S. DISTRICT COURT

NOV - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br><br>                    Plaintiff,  )<br>                              )<br>        v.                    )<br>                              )<br> LORENA SILVA AVINA,           )<br>                              )<br>                    Defendant. )<br> _____ ) | CASE NO. CR 09-445-DSF - 54<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

   On arrest warrant issued by the United States District Court for the <u>Central District of California</u> involving alleged violations of conditions of probation/supervised release:

   1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. ( ) the safety of any person or the community.

   2. The Court concludes:

   A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                                              Page 1 of 2

other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

_____

_____

_____

_____

_____

B. (✓)  Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _nature of the offenses;_ _substance abuse; failures to appear_ _for testing_

_____

_____

IT IS ORDERED that defendant be detained.

DATED: November 4, 2013

_Alicia G. Rosenberg_
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE